**DAVID M. ZANIEL, ESQ.**
Nevada Bar No. 7962
**RANALLI, ZANIEL, FOWLER & MORAN, LLC**
50 West Liberty Street, Suite 1050
Reno, Nevada 89501
Telephone: (775) 786-4441
dzaniel@ranallilaw.com
Attorneys for Defendant *Adam DeCarlo*
*RedHead Express LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WEETAH WINTER BLOSSOM KENNISON,<br><br>        Plaintiff<br><br>vs.<br><br>ADAM R. DECARLO, an individual; REDHEAD EXPRESS LLC, an Indiana corporation; DOE INDIVIDUALS I through X, inclusive,<br><br>        Defendants | Case No. 2:21-cv-02210-CDS-EJY<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE [FRCP 41(A)] AND ORDER FOR DISMISSAL** |

IT IS HEREBY STIPULATED AND AGREED under Federal Rule of Civil Procedure 41(a)(1)(ii), by and between Plaintiff, WEETAH WINTER BLOSSOM KENNISON, by and through her attorneys of record, JAMES TRUMMELL, ESQ. of the LAW OFFICE OF VALIENTE MOTT LTD., and Defendants, ADAM R. DECARLO, an individual; REDHEAD EXPRESS LLC, by and through their attorney of record, DAVID M. ZANIEL, ESQ. of RANALLI, ZANIEL, FOWLER & MORAN, LLC, that the above-entitled matter be dismissed with prejudice, with each of the parties to bear their own costs and fees.

| | |
|---|---|
| DATED this 19th day of May 2023. | DATED this 19th day of May 2023. |
| RANALLI, ZANIEL, FOWLER & MORAN | VALIENTE MOTT LTD. |
| /s/DavidZaniel<br>DAVID M. ZANIEL, ESQ.<br>Nevada Bar No. 7962<br>50 West Liberty Street, Suite 1050<br>Reno, Nevada 89501<br>Attorney for Defendants Decarlo | /s/JamesTrummell<br>JAMES TRUMMELL, ESQ.<br>Nevada Bar No. 12828<br>700 South 7th Street<br>Las Vegas, Nevada 89101<br>Attorney for Plaintiff Kennison |

**ORDER OF DISMISSAL**

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing its own attorneys' fees and costs. The Clerk of Court is directed to close this case.

DATED: May 19, 2023

_____
UNITED STATES DISTRICT JUDGE